FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILY A. PARNELL,<br><br>               Plaintiff,<br><br>   v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY, a Washington for-profit corporation, and CONNIE SIMIELE,<br><br>               Defendants. | No.   4:20-cv-05064-SMJ<br><br>ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' stipulated motion for a protective order, **ECF No. 16**, is **GRANTED** and the stipulated protective order is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

Any party wishing to file a document under seal must first obtain leave of the Court. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of August 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge