FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILY A. PARNELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CH2M HILL PLATEAU REMEDIATION COMPANY, a Washington for-profit corporation, and CONNIE SIMIELE, an individual,<br><br>Defendants. | No.   4:20-cv-05064-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 6, 2021, the parties filed a stipulated dismissal, ECF No. 28. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Dismissal of Claims with Prejudice, **ECF No. 28**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5.     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2